For the foregoing reasons, the Order of the Commonwealth Court is REVERSED.

NEWMAN, J., did not participate in the consideration or decision of this case.

AAF–McQUAY, INC., (formerly known as Snyder General Corporation), AVCO Corporation, Borden, Inc., the Dial Corp.,Elf Atochem North America, Inc., General Refractories Company, Hercules, Inc., Maricopa County, a Body Corporate and Politic of the State of Arizona, Pfizer, Inc., PRB Metal Products, Inc., Quaker Chemical Corporation, Reichold Chemical Corp., Reynolds Metals Company, Testron, Inc., and Wheeling Pittsburgh Steel Corp.

v.

PENNSYLVANIA DEPARTMENT OF INSURANCE and Bankers Standard Insurance Company, Century Indemnity Company, Century Reinsurance Company, CIGNA Corporation, CIGNA Holdings, Inc., CIGNA Property & Casualty Insurance Company, CIGNA Insurance Company, CIGNA Insurance Company Of Ohio, CIGNA Insurance Company Of Texas, CIGNA Fire Underwriters Insurance Company, CIGNA Indemnity Insurance Company, CIGNA Reinsurance Company, CIGNA Specialty Insurance Company, CIGNA Insurance Company of Illinois, Coast to Coast Management Company, Delaware Reinsurance Company, Indemnity Insurance Company of North America, Insurance Company of North America, INA Corporation, INA Financial Corporation, INA County Mutual Insurance Company, Illinois Union Insurance Company, and Pacific Employers Insurance Company.

Petition of PENNSYLVANIA DEPARTMENT OF INSURANCE.

PPG INDUSTRIES, INC., Dresser Industries, Inc., Crane Company, Respondents,

v.

COMMONWEALTH of Pennsylvania INSURANCE DEPARTMENT, Petitioner.

ALLEGHENY PITTSBURGH COAL COMPANY, West Penn Power Company, West Penn West Virginia Water Power Company, West Virginia Power and Transmission Company, Monongahela Power Company, Allegheny Power System, Inc., Allegheny Power Service Corporation, Allegheny Generating Company and Potomac Edison Company, Truk–Away of R.I., Inc., and Domtar, Inc., Respondents,

v.

COMMONWEALTH of Pennsylvania INSURANCE DEPARTMENT, Petitioner.

Supreme Court of Pennsylvania.

June 23, 1998.

ORDER

PER CURIAM:

AND NOW, this 23rd day of June, 1998, the Order dated June 9, 1998, having been

entered due to administrative error, is VA-CATED.

SAPP ROOFING COMPANY,
INC., Appellant,

v.

SHEET METAL WORKERS' INTERNA-TIONAL ASSOCIATION, LOCAL UN-ION NO. 12, and North Hills School District and W. David Hall, as records custodian for North Hills School District, Appellees.

Supreme Court of Pennsylvania.

Argued Sept. 18, 1996.

Decided June 24, 1998.

John R. Orie, Jr., Pittsburgh, for Sapp Roofing Company, Inc.

Ernest B. Orsatti, Pittsburgh, for Sheet Metal Workers International Association.

Michael J. Witherel, Pittsburgh, for North Hills School District & W. David Hall.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, and NIGRO, JJ.